IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JERRY DON O'NEAL, AS GUARDIAN
OF THE PERSON AND THE ESTATE OF
ROSIE PEARL COX O'NEAL                                                    PLAINTIFF


V.                                    Case No. 10-CV-4061


REGIONS BANK                                                             DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 6, 2010 by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. 23).  Judge Bryant recommends that Defendant's Motion to Compel Arbitration (Doc. 15) be

granted. The parties have not filed objections to the Report and Recommendation, and the time to

object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation *in toto*. Defendant's Motion to Compel Arbitration (Doc. 15) is **GRANTED** and

Plaintiff's case is **STAYED** pending arbitration of this matter.

IT IS SO ORDERED, this 3rd day of January, 2011.


                                         /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge