IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JERRY DON O'NEAL, AS GUARDIAN
OF THE PERSON AND THE ESTATE OF
ROSIE PEARL COX O'NEAL                                                    PLAINTIFF


V.                                  Case No. 10-CV-4061


REGIONS BANK                                                             DEFENDANT

### ORDER


Before the Court is the Report and Recommendation filed December 6, 2010 by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. 24).  Judge Bryant recommends that Defendant's Motion to Dismiss (Doc. 17) be denied as

moot. The parties have not filed objections to the Report and Recommendation, and the time to

object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation *in toto*.  Defendant's Motion to Dismiss (Doc. 17) is **DENIED AS MOOT**.

IT IS SO ORDERED, this 3rd day of January, 2011.


　　　　　　　　　　　　　　　　　　　　　  /s/ Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　  Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　  United States District Judge