IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY DON O'NEAL, as Guardian of
the Person and Estate of Rosie Pearl
Cox O'Neal                                                                                                  PLAINTIFF


VS.                                              CASE NO. 10-cv-4061


REGIONS BANK                                                                                          DEFENDANT

## JUDGMENT

On May 31, 2012, this Court granted Defendant Regions Bank's Motion to Confirm Arbitration Award. (ECF No. 31). In accordance with that Order and the award and findings of the arbitrator (ECF No. 29, Exh. A), Plaintiff Jerry Don O'Neal shall take nothing. The administrative fees and expenses of the American Arbitration Association totaling $1,275.00, and the compensation and expenses of the arbitrator totaling $750.00 shall be borne as incurred. The arbitration award is in full settlement of all claims that were submitted to arbitration. Accordingly, Plaintiff's Amended Complaint (ECF No. 14) is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 31st day of May, 2012.

                                                                                          /s/ Susan O. Hickey
                                                                                          Hon. Susan O. Hickey
                                                                                          United States District Judge